| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rushfelt, Gerald L. | District of Kansas | 05/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

628 United States Courthouse
500 State Avenue
Kansas City, Kansas 66101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Camp Quality U.S.A., Inc. |
| 2. | Co-Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Camp Quality USA, Inc. | Oct. 15-16, 2011 | St. Joseph, MO. | Board of Directors Meet. | Meals and Room |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rushfelt, Gerald L.** | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Membership Dues | American College of Trial Lawyers | $700.0 |
| 2. | Membership Dues | American Board of Trial Advocates | $500.00 |
| 3. | Reduced Membership Dues | International Society of Barristers | $475.0 |
| 4. | Membership Dues | American Bar Association | $350.0 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | J. P. Morgan Chase & Co. | Credit Card | J |
| 2. | J. P. Morgan Chase Bank, N.A. | Mortgage on residence   in Portland, OR | M |
| 3. | E. John Rumpakis | Lease on commercial real estate in Portland, OR | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Life Ins. VA, Whole Life,- Philadelphia, PA | A | Int./Div. | K | T | | | | | |
| 2. U.S. Savings Bonds | B | Interest | K | T | | | | | |
| 3. FIDELITY MANAGEMENT TRUST CO. (IRA - Mutual Funds) - #1 | D | Dividend | N | T | | | | | |
| 4. - Fidelity Capital & Income (FAGIX) | | | | | Sold (part) | 04/14/11 | J | A | |
| 5. - Pimco Total Return Administrative Shs (PTRAX) | | | | | Sold (part) | 08/10/11 | J | C | |
| 6. - T Rowe Price High Yield Advisor Cl (PAHIX) | | | | | | | | | |
| 7. - Pimco Short Term Administrative Shs (PSFAX) | | | | | Buy | 09/14/11 | J | | |
| 8. - Fidelity Total Bond (FTBFX) | | | | | Sold (part) | 08/10/11 | J | B | |
| 9. | | | | | Sold (part) | 10/28/11 | J | A | |
| 10. -Strategic Advisers Small-M Cap Fd f/ka Fidelity (FSCFX) | | | | | Sold (part) | 09/14/11 | J | A | |
| 11. - Fidelity High Income (SPHIX) | | | | | Sold (part) | 04/14/11 | J | A | |
| 12. - Metropolitan West Low Duration M (MWLDX) | | | | | | | | | |
| 13. - Strategic Adv Intl Fund f/k/a Fidelity PAS Intl F (FILFX) | | | | | Buy | 08/10/11 | J | | |
| 14. | | | | | Sold (part) | 10/28/11 | J | B | |
| 15. - Credit Suisse Commd Retrn Strtgy Com Shr (CRSOX) | | | | | | | | | |
| 16. - Strategic Advisers US Oppty Fund f/k/a Fidelity US(FUSOX) | | | | | | | | | |
| 17. - Fidelity Select Gold (FSAGX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Templeton Global Bond Class A (TPINX) | | | | | | | | | |
| 19. - Strategic Advisers Value Fund (FVSAX) | | | | | Sold (part) | 04/14/11 | J | A | |
| 20. | | | | | Sold (part) | 09/14/11 | J | A | |
| 21. | | | | | Sold (part) | 10/28/11 | J | A | |
| 22. - Strategic Advisers Core Fund (FCSAX) | | | | | Buy (add'l) | 08/10/11 | J | | |
| 23. | | | | | Sold (part) | 09/14/11 | J | A | |
| 24. | | | | | Sold (part) | 10/28/11 | J | A | |
| 25. - Strategic Advisers Growth Fund (FSGFX) | | | | | Buy | 08/10/11 | J | | |
| 26. | | | | | Sold (part) | 10/28/11 | J | A | |
| 27. - Strategic Advisers Emerging Markets (FSAMX) | | | | | | | | | |
| 28. - Strategic Advisers Core Income Fund (FPCIX) | | | | | Buy | 08/10/11 | J | | |
| 29. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 30. | | | | | Sold (part) | 10/28/11 | J | A | |
| 31. - Strategic Advisers Income Opportunities (FPIOX) | | | | | Buy | 04/14/11 | J | | |
| 32. - FIMM MMKT Inst. Cl (FNSXX) | | | | | Buy | 04/14/11 | J | | |
| 33. | | | | | Buy (add'l) | 09/14/11 | J | | |
| 34. - Merger Fund (MERFX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH IRA ACCOUNT | C | Int./Div. | L | T | | | | | |
| 36. - Beyond Banking - Money Account (Y) | | | | | | | | | |
| 37. - ML Bank USA RASP - Cash Account (Y) | | | | | | | | | |
| 38. - American Income Fund of America Cl C (IFAFX) | | | | | | | | | |
| 39. - First Eagle Global Class C (FESGX) | | | | | | | | | |
| 40. - Ivy Asset Strategy Fund Cl C (WASCX) | | | | | | | | | |
| 41. - Pioneer Strategic Income Fund Cl C Shares (PSRCX) | | | | | | | | | |
| 42. BROKERAGE #1 - Merrill Lynch Account | | | | | | | | | |
| 43. - WYANDOTTE CO/KANSAS CITY KS KS SPL OBLG Bonds | A | Interest | K | T | Sold (part) | 12/01/11 | J | | |
| 44. - Franklin Income Fund Cl C (FCISX) | C | Dividend | L | T | | | | | |
| 45. - Black Rock Global Allocation Fund Inc C (MCLOX) | A | Dividend | L | T | | | | | |
| 46. - Wells Fargo Advantage f/k/a Evergreen Precious M. (EKWCX) | A | Dividend | K | T | | | | | |
| 47. - Ivy Asset Strategy Fund Cl C (WASCX) | A | Dividend | L | T | | | | | |
| 48. - Nuveen High Yield Muni Bond Fund Cl C (NHMCX) | B | Dividend | K | T | | | | | |
| 49. - American Capital Income Builder Cl C (CIBCX) | A | Dividend | K | T | | | | | |
| 50. - Blackrock National Muni Bond Fund Cl C (MFNLX) | C | Dividend | L | T | | | | | |
| 51. - First Eagle Global Cl C (FESGX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Franklin US Govt Securities Fund Cl C (FRUGX) | C | Dividend | M | T | | | | | |
| 53. UMB Bank, n.a., Overland Park, KS - accounts | A | Interest | L | T | | | | | |
| 54. American Century IRA | A | Dividend | K | T | | | | | |
| 55. - One Choice Portfolio: Moderate (AOMIX) | | | | | | | | | |
| 56. Trust # 1 (Income Beneficiary) | E | | N | W | | | | | |
| 57. - 160 Acres of farm land in Grant County, KS | | Rent | | | | | | | |
| 58. - BP Am. Prod'n. Co. gas lease, Grant County, KS (Royalty) | | Royalty | | | | | | | |
| 59. - Pioneer Natural Resources, gas lease, Grant County, KS | | Royalty | | | | | | | |
| 60. - First National Bank, Overland Park, KS | | Interest | | | | | | | |
| 61. Variable Annuity-Ohio National Life Insurance Co. | | None | J | T | | | | | |
| 62. - Equity (Legg Mason) | | | | | | | | | |
| 63. - High Inc. Bond (Fed.) | | | | | | | | | |
| 64. - Jennison 20/20 Focus Fund | | | | | | | | | |
| 65. - Fidelity VIP MidCap Fund | | | | | | | | | |
| 66. - Fidelity VIP Contrafund | | | | | | | | | |
| 67. - Royce Micro-Cap | | | | | | | | | |
| 68. - Royce Small-Ckap | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fidelity VIP Eq-Inc | | | | | | | | | |
| 70. - Templeton For. Sec. | | | | | | | | | |
| 71. IRA - Sunlife Assurance Co. | None | | L | T | | | | | |
| 72. - Mutual Shares Securities Fund | | | | | | | | | |
| 73. - PIMCO Total Return Bond Port | | | | | | | | | |
| 74. - Templeton Growth Sec. Fd Cl 2 | | | | | | | | | |
| 75. - Franklin Income Sec Class 2 | | | | | | | | | |
| 76. - SC Goldman Sh Duration | | | | | | | | | |
| 77. Morgan Stanley Smith Barney Brokerage Account (X) | | | | | | | | | |
| 78. - American Century Growth Fund | A | Dividend | J | T | | | | | |
| 79. - Amercan Century Income & Growth Fund | B | Dividend | L | T | | | | | |
| 80. - American Century Equity Growth Fund | B | Dividend | L | T | | | | | |
| 81. IRA - American Century Growth Fund | | None | | | Sold | 04/27/11 | J | | |
| 82. IRA - American Century Ultra Fund | | None | | | Sold | 04/27/11 | J | | |
| 83. IRA - American Century Vista Stock Fund | | None | | | Sold | 04/27/11 | J | | |
| 84. IRA - American Century Value Stock Fund | | None | | | Sold | 04/27/11 | J | | |
| 85. IRA - American Century Global Growth Stock Fuind | | None | | | Sold | 04/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA - American Century Income & Growth Stock Fund | | None | | | Sold | 04/27/11 | J | | |
| 87. IRA - Morgan Stanley & Co. | A | Int./Div. | J | T | | | | | |
| 88. - MS Liquid Asset Fund (Y) | | | | | | | | | |
| 89. - American Balanced C Fund (BALCX) | | | | | | | | | |
| 90. Metcalf Bank f/k/a 1st Nat'l Bank of Olathe, KS - Accounts | A | Interest | K | T | | | | | |
| 91. IRA - Wachovia Centennial Money Market Account | | None | | | Closed | 04/27/11 | J | | |
| 92. GPH Family Tree LLC loan - note receivable | | None | L | U | | | | | |
| 93. GPH Family Tree LLC - Part Ownership | B | Distribution | J | W | | | | | |
| 94. ▓▓▓▓▓▓ Trust | A | Dividend | J | T | | | | | |
| 95. - Morgan Stanley & Co. Mutual Funds Account | | | | | | | | | |
| 96. - - American Balanced C (BALCX) | | | | | | | | | |
| 97. - - Morgan Stanley Bank, f/k/a MS Liquid Asset - Acc't. | | | | | | | | | |
| 98. - Metcalf Bank f/k/a 1st National Bank of Olathe-Acc't. | | | | | | | | | |
| 99. 1st Nat'l. Bank of Omaha, f/k/a 1st N.B Overland Park KS | A | Interest | L | T | | | | | |
| 100. Chase Home Finance LLC - Mortgagee | | None | M | T | | | | | |
| 101. Quest Securities Litigation - Class Beneficiary | | None | | | Distributed | 05/20/11 | J | | |
| 102. Morgan Stanley Smith Barney Variable Rate Annuity | | None | L | T | Buy | 05/06/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - AWR Glbl Risk Balanced | | | | | | | | | |
| 104.  - ALLNCBRNSTNGLBDYNALL | | | | | | | | | |
| 105.  - Metlife Balanced Plus | | | | | | | | | |
| 106.  - Black Rck Glbl TCTSTRT | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rushfelt, Gerald L. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Line 7. On the report for year 2010 the transaction for Hartford Capital Appreciation Cl A Conf (ITHAX) was mistakenly reported as Sold in part. It should have been reported as Sold.

Part VII: Line 78. On the report for year 2010 American Century Growth Fund was mistakenly reported as Sold. Its value code for Dec. 31, 2010, was J and its value method code T.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald L. Rushfelt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544